| | |
|---|---|
| 1 | Michele R. Stafford, Esq. (SBN 172509) |
| | Muriel B. Kaplan, Esq. (SBN 124607) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION |
| | 44 Montgomery Street, Suite 2110 |
| 3 | San Francisco, CA 94104 |
| | Tel: (415) 882-7900 |
| 4 | Facsimile: (415) 882-9287 |
| | mstafford@sjlawcorp.com |
| 5 | mkaplan@sjlawcorp.com |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., | Case No.: C12-6397 MMC |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL AND ORDER THEREON** |
| v. | |
| EBERSOLE ENTERPRISES, INC., a Suspended California Corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs F.G. CROSTHWAITE, et al., voluntarily dismiss, without prejudice, their claim against Defendant EBERSOLE ENTERPRISES, INC., a Suspended California Corporation. Defendant has not moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true of my own knowledge.

Executed this 14th day of February, 2013, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/S/_____
Michele R. Stafford
Attorneys for Plaintiffs

P:\CLIENTS\OE3CL\Ebersole Enterprises Inc\Pleadings\C12-6397 MMC - Dismissal 021413.DOC

1  IT IS SO ORDERED.

2      This case is dismissed without prejudice.

3
    Date: February 15, 2013
4   
    UNITED STATES DISTRICT COURT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C12-6397 MMC

P:\CLIENTS\OE3CL\Ebersole Enterprises Inc\Pleadings\C12-6397 MMC - Dismissal 021413.DOC