1  Michele R. Stafford, Esq. (SBN 172509)
   Muriel B. Kaplan, Esq. (SBN 124607)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   Tel: (415) 882-7900
4  Facsimile: (415) 882-9287
   mstafford@sjlawcorp.com
5  mkaplan@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | F. G. CROSTHWAITE, et al.,            | Case No.: C12-6397 MMC
11 |                                       |
   |              Plaintiffs,              | **NOTICE OF VOLUNTARY DISMISSAL
12 |       v.                              |  AND ORDER THEREON**
13 | EBERSOLE ENTERPRISES, INC., a         |
   | Suspended California Corporation,     |
14 |                                       |
   |              Defendant.               |
15

16      PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs F.G.

17 CROSTHWAITE, et al., voluntarily dismiss, without prejudice, their claim against Defendant

18 EBERSOLE ENTERPRISES, INC., a Suspended California Corporation. Defendant has not

19 moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar

20 action against Defendant.

21      I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-

22 entitled action, and that the foregoing is true of my own knowledge.

23      Executed this 14th day of February, 2013, at San Francisco, California.

24                                      SALTZMAN & JOHNSON
                                        LAW CORPORATION
25

26                                      By:  _____/S/_____
27                                           Michele R. Stafford
                                             Attorneys for Plaintiffs
28

                                                                                  -1-
                                                               NOTICE OF VOLUNTARY DISMISSAL
                                                                     Case No.: C12-6397 MMC

P:\CLIENTS\OE3CL\Ebersole Enterprises Inc\Pleadings\C12-6397 MMC - Dismissal 021413.DOC

1  IT IS SO ORDERED.

2      This case is dismissed without prejudice.

3  Date: February 15, 2013



4  UNITED STATES DISTRICT COURT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C12-6397 MMC

P:\CLIENTS\OE3CL\Ebersole Enterprises Inc\Pleadings\C12-6397 MMC - Dismissal 021413.DOC